SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
MICHAEL HARRIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HARRIS,<br><br>Plaintiff,<br><br>vs.<br><br>VIP WINDOW TINT; YOUNG HO CHANG, AS TRUSTEE OF THE YOUNG HO AND GIL JA CHANG 2020 TRUST; and DOES 1 to 10,<br><br>Defendants. | Case No.: 2:25-cv-06509-AH (AJRx)<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MICHAEL HARRIS ("Plaintiff") and Defendants VIP WINDOW TINT; YOUNG HO CHANG, AS TRUSTEE OF THE YOUNG HO AND GIL JA CHANG 2020 TRUST stipulate that this Court dismiss the above-captioned action, with prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

\\

\\

\\

\\

Respectfully submitted,

DATED: November 24, 2025　　　SO. CAL. EQUAL ACCESS GROUP

By: */s/  Jason J. Kim*
 Jason J. Kim
 Attorneys for Plaintiff

DATED: November 24, 2025   Marlis Park PC

By: */s/ Sang Hyun Park*
 Sang Hyun Park, Esq.
 Attorneys for Defendants
 VIP WINDOW TINT; YOUNG HO CHANG, AS TRUSTEE OF THE YOUNG HO AND GIL JA CHANG 2020 TRUST

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 24, 2025 By: */s/ Jason J. Kim*
 Jason J. Kim